

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2015

No. 04-15-00681-CR

Jesse James **ARZOLA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7485
Honorable Steve Hilbig, Judge Presiding

## O R D E R

In April 2015, Jesse Arzola Jr. was convicted of the offense of harassment of a public servant and sentenced by the trial court. On November 2, 2015, Arzola filed a motion for leave to file a late notice of appeal in this court. According to the motion, more than thirty days have elapsed since Arzola's sentence was imposed. On November 17, 2015, the trial court clerk filed a notification of late record stating that a notice of appeal was never filed in the trial court.

A timely notice of appeal is necessary to invoke our jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). A notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended in open court, or within ninety days after sentencing, if a timely motion for new trial is filed. *Olivo*, 918 S.W.2d at 522. A late notice of appeal may be considered timely so as to invoke our jurisdiction if (1) it is filed in the trial court within fifteen days of the last day allowed for filing; (2) a motion for extension of time is filed in the court of appeals within fifteen days of the last day allowed for filing the notice of appeal, and (3) the court of appeals grants the motion for extension of time. *Id.*; *see also* TEX. R. APP. P. 26.3.

Here, nothing indicates that Arzola filed a notice of appeal in the trial court. Therefore, it appears that we have no jurisdiction over the appeal, and we can take no action other than to dismiss the appeal. *See Slaton*, 981 S.W.2d at 210 ("Without a timely filed notice of appeal, a court of appeals lacks jurisdiction over the appeal....").

We, therefore, ORDER Arzola to show cause on or before **December 11, 2015**, why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended until further order of the court.

_Karen Angelini_

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2015.

Keith E. Hottle
Clerk of Court

